IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DOUGLAS REED,
     Plaintiff,

vs.                           Case No.: 3:20cv5451/LAC/EMT

MIRANDA W. SANTIAGO, et al.,
     Defendants.
_____/

## O R D E R

The Chief Magistrate Judge issued a Report and Recommendation on June 18, 2020 (ECF No. 9).  Plaintiff was provided a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Chief Magistrate Judge's Report and Recommendation (ECF No. 9) is adopted and incorporated by reference in this order.

2.      Plaintiff's Motion for Preliminary Injunction (ECF No. 8) is **DENIED**.

**DONE AND ORDERED** this 14th day of July, 2020.


                           s/L.A. Collier
                           **LACEY A. COLLIER**
                           **SENIOR UNITED STATES DISTRICT JUDGE**